UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, | Case No. 22-cv-1915 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MCF – Moose Lake, Officer J. Mendez and Andy Turnboom, | |
| Defendants. | |

This matter is before the Court on the October 12, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson.[1] (Dkt. 11.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 12, 2022 R&R, (Dkt. 11), is **ADOPTED**.

2. Plaintiff Eugene Laron Johnson's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. Plaintiff Eugene Laron Johnson's application to proceed *in forma pauperis*, (Dkt. 5), is **DENIED**.

---

[1] After Magistrate Judge Thorson issued the R&R, this case was reassigned to United States Magistrate Judge Leo I. Brisbois.

4. Plaintiff Eugene Laron Johnson's letter requests (Dkts. 2, 6, 7 and 9), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 9, 2023                                         s/Wilhelmina M. Wright
                                                                                    Wilhelmina M. Wright
                                                                                    United States District Judge